**Clovis Carl GREEN, Jr., Plaintiff,**

v.

**Donald CAMPER et al., Defendant.**

**No. 79 4055 CV C.**

United States District Court,
W. D. Missouri, C. D.

Aug. 16, 1979.

Clovis Carl Green, pro se.

MEMORANDUM AND ORDER

ELMO B. HUNTER, District Judge.

On March 21, 1979, plaintiff, Clovis Carl Green, Jr., a Missouri state prisoner who is currently confined in the Missouri State Penitentiary at Jefferson City on a state conviction of forcible rape, provisionally filed in forma pauperis a complaint under the Civil Rights Act of 1871, 42 U.S.C. § 1983 and its corresponding jurisdictional statute, 28 U.S.C. § 1343(3), seeking equitable relief and damages in the sum of $1,000,000.00 for claimed violations of his federally protected rights including the alleged refusal of prison officials to recognize his claimed "religion", the "Human Awareness Universal Life Church". Named as parties were Donald W. Wyrick, Warden of the Missouri State Penitentiary; Donald Camper; Inmate Programs Supervisor of the penitentiary; Joseph Keene, Mailroom Supervisor of that institution and two other employees, Mr. Schank and Mr. Richards.

Following the provisional filing of this case in forma pauperis, it was referred in ordinary course to Magistrate Richard Ralston for processing in accordance with the provisions of 28 U.S.C. § 636; the Special Order of the Court En Banc of December 22, 1976, providing for such actions; and Local Rule 26 of the United States District Court for the Western District of Missouri.

Review of the complaint reveals that as his grounds for relief inmate Green in a very broad and conclusionary fashion asserts (1) that while in a protective unit of the penitentiary on March 9, 1979, he was given only three sheets of paper and two envelopes three times a week, thus denying him access to the courts;[1] (2) that he received a violation report for "out of bounds" in a kitchen area of the penitentiary which was not so marked with signs; (3) that the prison policy and practice on violation report disciplinary hearings "is unconstitutional because the Adjustment Board" ". . . failed to give an adequate state-

---

1. Inmate Green has been making this contention and the contention he lacks stamps for mailing pleadings, but the record shows he weekly files innumerable papers, suits, letters and other material to this and other courts.

ment as to evidence relied on or reasons for the action taken against plaintiff inmate; rather than pointing out the essential facts upon which inferences were based, the Committee merely incorporated the violation report and the special investigator's report"; (4) that he was denied access to the courts because he "was denied the right to obtain and have [his] box of legal papers and law books . . . during the time that [he] was in protective custody in H–Hall during March, 1979"; (5) that he has been denied permission to conduct services of the "Human Awareness Universal Life Church" on Saturdays or to post notice of the same; and (6) he was ordered to shave his beard in violation of the "Human Awareness Universal Life Church".

In an objective and painstaking manner Magistrate Ralston fully discussed each of these contentions in his twenty-four page report and found them "frivolous" and "malicious" under § 1915(d) of 28 U.S.C. The undersigned Judge has carefully reviewed the entire case file and Judge Ralston's Report[2] and Recommendation and finds that it is correct. The Court further finds that (1) inmate Green's contentions are duplicative of other contentions he has made in other cases he has filed in the federal court; that (2) his claims are frivolous under 28 U.S.C. § 1915(d) for the same reasons the Magistrate found them to be frivolous; that (3) these claims of petitioner are malicious under 28 U.S.C. § 1915(d); and finally, (4) that this case is but another case in which Petitioner Green is attempting in total bad faith to so swamp the docket of the United States District Court, Western District of Missouri, with frivolous cases, maliciously brought as to cause the Court to be unable to administer and process its docket. Petitioner is of the apparent mind that by flooding the Court with litigation and rendering it unable to administer its docket because of the sheer volume of such frivolous and malicious filings he will cause the Court to order his release from custody.

The above statement concerning inmate Green's premeditated effort to prevent the Court from processing its docket is solidly supported by inmate Green's previous filings and statements that he has made in his pleadings, letters and other documents.

### Inmate Green's Previous Filings Totaling Over 500 Cases

Commencing in 1972 when he was incarcerated in the Federal Medical Center at Springfield, Missouri, to the date of July 1, 1979, inmate Green has filed the following cases on his own behalf.

From the United States District Court for the Western District of Missouri: *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 2877–1–S (W.D.Mo.1972); *Clovis Carl Green, Jr. v. U. S. Bureau of Prisons, et al.*, No. 3015–1–S–R (W.D.Mo.1972); *Clovis Carl Green, Jr. v. U. S. Attorney General, et al.*, No. 3027–1–S–R (W.D.Mo.1972); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 3042–1–S–R (W.D.Mo.1972); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 3069–S (W.D.Mo.1972); *Clovis Carl Green, Jr. v. A. R. Elland, et al.*, No. 3092–S (W.D.Mo.1972); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–276–S (W.D. Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–429–S (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–450–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–451–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–452–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–462–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–CV–499–S–WHB–R (W.D.Mo. 1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–CV–517–S (W.D.Mo. 1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–CV–518–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 73–CV–520–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–CV–

2. The Magistrate's Report details inmate Green's previous filings on these five alleged grounds. Suffice it to say, inmate Green has had his day in Court on all his allegations that are not so general as to be meaningless.

521–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 73–CV–523–S–WHB–R (W.D.Mo. 1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 73–CV–532–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 73–CV–536–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 73–CV–543–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 73–CV–581–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 73–CV–596–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 73–CV–622–S–WHB–R (W.D.Mo.1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–4–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–7–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–10–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–16–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–17–S–WHB–R (W.D.Mo. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–22–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–36–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–44–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–55–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–70–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–71–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–81–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–89–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. U. S. Attorney General, et al.,* No. 74–CV–98–S (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Honorable Dennis J. Stewart,* No. 74–CV–99–S (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–101–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–113–S–WHB–R (W.D.Mo. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–114–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–133–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–138–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–140–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–CV–188–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–205–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–216–S–WHB–R (W.D.Mo. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–217–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 74–CV–241–S (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone,* No. 74–257–S–WHB–R (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Norman Carlson, et al.,* No. 74–CV–228–S (W.D.Mo.1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.,* No. 75–CV–182–S (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 75–CV–157–C (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 75–CV–165–C (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 75–CV–186–C (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 75–CV–187–C (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 75–CV–189–C (W.D.Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri, et al.,* No. 76–CV–7–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Treasurer of the United States, et al.,* No. 76–CV–14–C (W.D.Mo. 1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.,* No. 76–CV–30–C (W.D.Mo. 1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation,* No. 76–CV–31–C (W.D. Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.,* No. 76–CV–49–C (W.D.Mo. 1976); *Clovis Carl Green, Jr. v. Honorable Elmo B. Hunter,* No. 76–CV–77–C (W.D. Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.,* No. 76–CV–81–C (W.D.Mo. 1976); *Clovis Carl Green, Jr. v. Edward*

*Haynes*, No. 76–CV–82–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes*, No. 76–CV–95–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, No. 76–CV–99–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. United States of America, et al.*, No. 76–CV–100–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 76–CV–101–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 76–CV–102–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 76–CV–103–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick, et al.*, No. 76–CV–120–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. State of Missouri*, No. 76–CV–122–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 76–CV–129–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 76–CV–133–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Reverend Garrot*, No. 76–CV–135–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 76–CV–139–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 76–CV–147–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 19880–1 (W.D.Mo.1971); *Clovis Carl Green, Jr. v. Don Emerson, et al.*, No. 20562–4 (W.D.Mo.1972); *Clovis Carl Green, Jr. v. Steve Collins*, No. 74–CV–222–W–2 (W.D.Mo.1974); *Clovis Carl Green, Jr. v. U. S. Attorney General, et al.*, No. 75–CV–125–W–4 (W.D.Mo.1975); *Clovis Carl Green, Jr. v. State of Colorado*, No. 75–CV–144–W–4–R (W.D.Mo.1975); *Clovis Carl Green, Jr. v. James Bergfable, et al.*, No. 75–CV–157–W–4–R (W.D.Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri*, No. 75–CV–169–W–4–R (W.D.Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri, et al.*, No. 75–CV–177–W–4–R (W.D.Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri*, No. 75–CV–309–W–4–R (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 75–CV–498–W–4 (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Jack Bergfalk*, No. 75–CV–416–W–4 (W.D.Mo.1975); *Clovis Carl Green, Jr. v. Carl White*, No. 76–CV–223–W–4 (W.D.Mo.1976); *Clovis Carl Green, Jr.*

*v. Donald Wyrick*, No. 76–CV–328–W–4 (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 158–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 173–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 180–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 183–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 186–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 76 CV 206–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, Civil Action No. 76 CV 205–C (W.D.Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes*, Civil Action No. 77 4106 CV–C (W.D.Mo.1977); *Clovis Carl Green, Jr. v. Carl White, et al.*, Civil Action No. 77 4026 CV–C (W.D.Mo.1977); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, Civil Action No. 77 4306 CV–C (W.D.Mo.1977); *Clovis Carl Green, Jr. v. Director, Missouri Division of Corrections, et al.*, Civil Action No. 77 4315 CV–C (W.D.Mo.1977); *Clovis Carl Green, Jr. v. State of Missouri, et al.*, Civil Action No. 78 4027 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Civil Action No. 78 4028 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Civil Action No. 78 4055 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, Civil Action No. 78 4056 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Missouri Division of Corrections*, Civil Action No. 78 4057 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, Civil Action No. 78 4058 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. United States of America, et al.*, Civil Action No. 78 0055 CV–4–R (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Director, Missouri Division of Corrections*, Civil Action No. 78 4106 CV–4–R (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Civil Action No. 78 4107 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Civil Action No. 78 4148 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. State of*

*Missouri, et al.*, Civil Action No. 78 4201 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald R. Jenkins, et al.*, Civil Action No. 78 4200 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Clerk, United States District Court for the Western District of Missouri, et al.*, Civil Action No. 78 4203 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Sgt. Dearixon, et al.*, Civil Action No. 78 4207 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 78 4216 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Lt. Durham, et al.*, Civil Action No. 78 4222 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Joseph Keene, et al.*, Civil Action No. 78 4223 CV–C (W.D. Mo.1978); *Clovis Carl Green, Jr. v. Jerry Archer, et al.*, Civil Action No. 78 4224 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Lt. Beckley, et al.*, Civil Action No. 78 4225 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Mr. Dawson, et al.*, Civil Action No. 78 4226 CV–C (W.D.Mo.1978); *Clovis Carl Green, Jr. v. Susan Stanton*, Civil Action No. 78 0737 CV–W–4–R (W.D.Mo. 1978); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, Civil Action No. 77 0076 CV–W–4–R (W.D.Mo.1978); *Clovis Carl Green, Jr. v. United States of America*, Civil Action No. 79 4005 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Civil Action No. 79 4046 CV–C (W.D. Mo.); *Clovis Carl Green, Jr. v. Joseph Keene*, Civil Action No. 79 4051 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. Donald Camper, et al.*, Civil Action No. 79 4055 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. Donald Jenkins, et al.*, Civil Action No. 79 4067 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. State of Missouri*, Civil Action No. 79 4068 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. The Honorable Elmo B. Hunter, et al.*, Civil Action No. 79 4069 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. The Circuit Court of Cole County, Missouri, et al.*, Civil Action No. 79 4078 CV–C (W.D.Mo.); *Clovis Carl Green, Jr. v. Otto Walters, et al.*, Civil Action No. 79 4079 CV–C (W.D.Mo.); and *Clovis Carl Green, Jr. v. Clerk, Western District of Missouri*, Civil Action No. 79 4143 CV–C (W.D.Mo.).

From the United States District Court for the District of Kansas: *Clovis Carl Green, Jr. v. United States*, No. L–2199 (D.Kans.1972); *Clovis Carl Green, Jr. v. Don Emerson, et al.*, No. L–2228 (D.Kans. 1972); *Clovis Carl Green, Jr. v. United States*, No. L–2358 (D.Kans.1973); *Clovis Carl Green, Jr. v. United States*, No. L–2463 (D.Kans.1973); *Clovis Carl Green, Jr. v. United States*, No. L–2503 (D.Kans.1973); *Clovis Carl Green, Jr. v. United States*, No. L–2687 (D.Kans.1974); *Clovis Carl Green, Jr. v. United States*, No. L–2041 (D.Kans. 1972); *Clovis Carl Green, Jr. v. Fred Bensley, et al.*, No. 74–79 (D.Kans.1975).

From the United States District Court for the District of Minnesota: *Clovis Carl Green, Jr. v. George Reed, et al.*, No. 5–72–94 (D.Minn.1975); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–72–95 (D.Minn.1975); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–1 (D.Minn.1973); *Clovis Carl Green, Jr. v. Richard Kleindeinst, et al.*, No. 5–73–5 (D.Minn.1973); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–6 (D.Minn.1973); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–8 (D.Minn.1973); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–9 (D.Minn.1973); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–10 (D.Minn.1973); *Clovis Carl Green, Jr. v. Norman Carlson, et al.*, No. 5–73–11 (D.Minn.1973); *Clovis Carl Green, Jr. v. Richard Swanstrom*, No. 5–73–11 (D.Minn. 1973); *Clovis Carl Green, Jr. v. R. L. Aaron*, No. 5–73–23 (D.Minn.1973); *Clovis Carl Green, Jr. v. Richard Kleindeinst, et al.*, No. 5–73–43 (D.Minn.1975); *Clovis Carl Green, Jr. v. Richard Kleindeinst, et al.*, No. 5–73–68 (D.Minn.1975); *Clovis Carl Green, Jr. v. Richard Kleindeinst, et al.*, No. 5–73–75 (D.Minn.1975); *Clovis Carl Green, Jr. v. Elliot Richardson*, No. 5–73–99 (D.Minn.1975); *Clovis Carl Green, Jr. v. Elliot Richardson*, No. 5–73–100 (D.Minn.1975); *Clovis Carl Green, Jr. v. Elliot Richardson*, No. 5–73–101 (D.Minn.1975); *Clovis Carl Green, Jr. v. Elliot Richardson*, No. 5–73–105 (D.Minn. 1975); *Clovis Carl Green, Jr. v. Norman Carlson, et al.*, No. 5–73–125 (D.Minn.1975); *Clovis Carl Green, Jr. v. United States Parole Office*, No. 5–74–18 (D.Minn.1975); *Clovis Carl Green, Jr. v. Honorable Miles*

*Lord*, No. 5–74–1–M (D.Minn.1974). Records relating to the twenty-second case were unavailable.

From the United States District Court for the Eastern District of Missouri: *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 75–914–C (E.D.Mo.1976); *Clovis Carl Green, Jr. v. State of Missouri*, No. 75–955 (E.D.Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 75–993 (E.D.Mo.1975); *In re Green* (dismissed without assignment of docket number 1975); *Clovis Carl Green, Jr. v. Donald Wyrick*, 75–1165 (E.D.Mo. 1976); *In re Green* (dismissed without assignment of docket number 1976); *Clovis Carl Green, Jr. v. Carl White*, No. 76–299 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Carl White*, No. N–76–22 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Carl White* (dismissed without assignment of docket number 1976); *Clovis Carl Green, Jr. v. Dr. Harold Robb, et al.*, No. 76–421 (E.D.Mo. 1976); *Clovis Carl Green, Jr. v. Carl White, et al.*, No. 76–425 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, No. 76–452 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Department of Health, Education and Welfare*, No. N–76–34 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Carl White*, No. N–76–38 (E.D.Mo.1976); *Clovis Carl Green, Jr. v. Carl White, et al.*, Civil Action No. 78 1144–C(3) (E.D.Mo. 1978); and *Clovis Carl Green, Jr. v. Carl White*, Civil Action No. 78 20–C (E.D.Mo. 1978).

From the United States District Court for the Western District of Oklahoma: *Clovis Carl Green, Jr. v. Richard Kleindeinst, et al.*, No. Civ. 73–241–C (W.D.Okl.1973).

From the United States District Court for the District of Colorado: *Clovis Carl Green, Jr. v. Director, Colorado State Department of Corrections*, No. 76 W 416 (D.Colo.1976); *Clovis Carl Green, Jr. v. United States, et al.*, No. C–3355 (D.Colo. 1971).

From the United States Court of Appeals for the Eighth Circuit: *Clovis Carl Green, Jr. v. Hon. Miles W. Lord, et al.*, No. 73–8034 (8th Cir. 1973); *Clovis Carl Green, Jr. v. Hon. Miles W. Lord*, No. 73–8057 (8th Cir. 1973); *Clovis Carl Green, Jr. v. R. L. Aaron, Warden, et al.*, No. 73–8079 (8th Cir. 1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–8157 (8th Cir. 1973); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–8165 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–8166 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–8167 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 73–8168 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 74–8013 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 74–8016 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone, et al.*, No. 74–8017 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Hon. William H. Becker, et al.*, No. 74–8049 (8th Cir. 1974); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, No. 75–8057 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, No. 75–8062 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 75–8125 (8th Cir. 1975); *Clovis Carl Green, Jr. v. United States District Court for the Western District of Missouri*, No. 75–8147 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 75–8164 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, No. 75–8197 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 75–8211 (8th Cir. 1975); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 76–8055 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin*, No. 76–8069 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Treasurer of the United States Department of Treasury, et al.*, No. 76–8079 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 76–8090 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 76–8095 (8th Cir. 1976); *Clovis Carl Green, Jr. v. United States District Court for the Western District of Missouri*, No. 78–8096 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin*, No. 76–8100 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 76–8101 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 76–1802 (8th Cir. 1976); *Clovis Carl Green,*

*Jr. v. Carl White, et al.*, No. 76–1929 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin, et al.*, No. 76–1940 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin, et al.*, No. 76–1941 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, No. 76–1942 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 76–1943 (8th Cir. 1976); *In re: Clovis Carl Green, Jr.*, No. 78–1442 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, No. 78–1698 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Carl White*, No. 78–1714 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. John Regan, et al.*, Misc. No. 76–8114 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, Misc. No. 76–8126 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Carl White*, Misc. No. 76–8133 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. William H. Becker, et al.*, Misc. No. 76–8135 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8140 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin, et al.*, Misc. No. 76–8147 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8148 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin*, Misc. No. 76–8156 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, Misc. No. 76–8164 (8th Cir. 1976); *Clovis Carl Green, Jr. v. United States, et al.*, Misc. No. 76–8175 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. H. Kenneth Wangelin, et al.*, Misc. No. 76–8176 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter*, Misc. No. 76–8177 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8184 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Carl White, et al.*, Misc. No. 76–8185 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Haynes, et al.*, Misc. No. 76–8189 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8201 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8202 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8209 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo*

*B. Hunter, et al.*, Misc. No. 76–8228 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Clerk, U. S. District Hunter, et al.*, Misc. No. 76–8228 (8th Cir. 1976); *Clovis Carl Green, Jr. v. United States, et al.*, Misc. No. 76–8229 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 76–8249 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Misc. No. 76–8250 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, Misc. No. 76–8253 (8th Cir. 1976); *Clovis Carl Green, Jr. v. Carl White, et al.*, Misc. No. 77–8029 (8th Cir. 1977); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Misc. No. 77–8145 (8th Cir. 1977); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 77–8251 (8th Cir. 1977); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 77–8253 (8th Cir. 1977); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 78–8021 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 78–8022 (8th Cir. 1978); *Clovis Carl Green, Jr. v. U. S. District Court, et al.*, Misc. No. 78–8043 (8th Cir. 1978); *Clovis Carl Green, Jr. v. U. S. District Court for the Western District of Missouri*, Misc. No. 78–8049 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 78–8054 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Richard H. Ralston, et al.*, Misc. No. 78–8055 (8th Cir. 1978); *Clovis Carl Green, Jr. v. State of Missouri, et al.*, Misc. No. 78–8059 (8th Cir. 1978); *Clovis Carl Green, Jr. v. United States, et al.*, Misc. No. 78–8095 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Richard Ralston, et al.*, Misc. No. 78–8096 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 78–8105 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Richard Ralston, et al.*, Misc. No. 78–8126 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.*, Misc. No. 78–8164 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Richard Ralston, et al.*, Misc. No. 78–8167 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Donald Wyrick*, Misc. No. 78–8171 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, Misc. No. 78–8172 (8th Cir. 1978); *Clovis Carl Green, Jr. v. U. S. District Court for the Eastern Dis-*

trict of Missouri, Misc. No. 78–8184 (8th Cir. 1978); *Clovis Carl Green, Jr. v. United States District Court for the Western District of Missouri,* Misc. No. 78–8189 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.,* Misc. No. 78–8191 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Clerk, U. S. District Court, et al.,* Misc. No. 78–8199 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick, et al.,* Misc. No. 78–8204 (8th Cir. 1978); *In the Matter of: Green and Steven Dale Davis, Petitioners,* Misc. No. 78–8205 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8214 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8215 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8216 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8217 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8219 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8221 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8222 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8225 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8228 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8229 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Carl White,* Misc. No. 8230 (8th Cir. 1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick,* Misc. No. 78–8236 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8247 (8th Cir. 1978); *In re: Green, Petitioner,* Misc. No. 78–8249 (8th Cir. 1978); *Clovis Carl Green, Jr. v. State of Missouri, et al.,* Misc. No. 78–8259 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8001 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Donald Jenkins, et al.,* Misc. No. 79–8002 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8005 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Sgt. Dearixon, et al.,* Misc. No. 79–8010 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Lt. Durham, et al.,* Misc. No. 79–8011 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Joseph Keene, et al.,* Misc. No. 79–8012 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Jerry Archer, et al.,* Misc. No. 79–8013 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Lt. Beckley, et al.,* Misc. No. 79–8014 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Donald Wyrick, et al.,*

Misc. No. 79–8017 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8019 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8039 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8040 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* Misc. No. 79–8044 (8th Cir. 1979); *Clovis Carl Green, Jr. v. United States of America,* Misc. No. 79–8043 (8th Cir. 1979); *Clovis Carl Green, Jr. v. U. S. District Courts for Eastern and Western Missouri,* 79–8050 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8051 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8052 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8053 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Donald Wyrick, et al.,* Misc. No. 79–8067 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8068 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8072 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8075 (8th Cir. 1979); *In re: Green and Davis, Petitioners,* Misc. No. 79–8078 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8079 (8th Cir. 1979); *In re: Green and Davis, Petitioners,* Misc. No. 79–8081 (8th Cir. 1979); *In re: Green and Davis, Petitioners,* Misc. No. 79–8089 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8091 (8th Cir. 1979); *In re: Green, Petitioner,* Misc. No. 79–8092 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* Misc. No. 79–8095 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* Misc. No. 79–8114 (8th Cir. 1979); *Clovis Carl Green, Jr. v. State of Missouri, et al.,* Misc. No. 79–8115 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.,* Misc. No. 79–8134 (8th Cir. 1979); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.,* Misc. No. 79–8135 (8th Cir. 1979).

From the United States Court of Appeals for the Tenth Circuit: *United States v. Clovis Carl Green, Jr., Defendant-Appellant,* No. 72–1331 (10th Cir. 1972); *Clovis Carl Green, Jr. v. Don Emerson, et al.,* No. 72–1761 (10th Cir. 1972); *United States v. Clovis Carl Green, Jr., Defendant-Appellant,* No. 72–1839 (10th Cir. 1973); *Clovis Carl Green, Jr. v. United States,* No. 73–

1189 (10th Cir. 1973); *Clovis Carl Green, Jr. v. United States*, No. 73–1539 (10th Cir. 1973).

From the Supreme Court of the United States: *Clovis Carl Green, Jr. v. United States*, No. 72–5880 (1972); *Clovis Carl Green, Jr. v. United States*, No. 73–5433 (1973); *Clovis Carl Green, Jr. v. Elmo B. Hunter, et al.*, No. 75–5421 (1975); *Clovis Carl Green, Jr. v. Elmo B. Hunter, et al.*, No. 76–5155 (1976); *Clovis Carl Green, Jr. v. H. Kenneth Wangelin, et al.*, No. 76–5195 (1976); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 76–5317 (1976); *Clovis Carl Green, Jr. v. United States District Court for the Western District of Missouri*, No. 77–6379 (1977); *Clovis Carl Green, Jr. v. Elmo B. Hunter*, No. 77–6362 (1977); *Clovis Carl Green, Jr. v. Elmo B. Hunter*, No. 77–6555 (1977); *Clovis Carl Green, Jr. v. Missouri Board of Probation & Parole*, No. 78–5407 (1978); and *Clovis Carl Green, Jr. v. Richard Ralston*, No. 78–5351 (1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 78–5699 (1979); *Clovis Carl Green, Jr. v. Clerk of United States District Court for the Western District of Missouri*, No. 78–5717 (1979); *Clovis Carl Green, Jr. v. Judge Elmo B. Hunter*, No. 78–5732 (1979); *Clovis Carl Green, Jr. v. Richard Ralston*, No. 78–5799 (1979); *In the Matter of the Alleged Contumacious Conduct of Clovis Carl Green, Jr.*, No. 78–5845 (1979); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 78–5848 (1979); *Clovis Carl Green, Jr. v. Carl White*, No. 78–6097 (1979); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 78–6278 (1979); *Clovis Carl Green, Jr. v. Russell G. Clark, et al.*, No. 78–6281 (1979); *Clovis Carl Green, Jr. v. Carl White*, No. 78–6311 (1979); *Clovis Carl Green, Jr. v. State of Missouri, et al.*, No. 78–6327 (1979); *Clovis Carl Green, Jr. v. Richard Ralston, et al.*, No. 78–6359 (1979); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, No. 78–6360 (1979); *Clovis Carl Green, Jr. v. Hon. Elmo B. Hunter, et al.*, No. 78–6686 (1979); and *Clovis Carl Green, Jr., et al. v. Hon. Elmer B. Hunter, et al.*, No. 79–5053.

From the Circuit Court of Cole County, Missouri: *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 27879 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 27905 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 27919 (1975); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, No. 27970 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 27971 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden, et al.*, No. 28016 (1975); *Clovis Carl Green, Jr., on behalf of Linda Smithers, Barbara Davis, Juanita Vitalli, Kathy Webb and all other unknown women held at Missouri State Penitentiary v. Donald Wyrick, Warden*, No. 28045 (1975); *Clovis Carl Green, Jr. v. Edward Haynes*, No. 28063 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28117 (1975); *Clovis Carl Green, Jr. v. Edward Haynes*, No. 28079 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28137 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28139 (1975); *Clovis Carl Green, Jr. v. Donald M. Camper, et al.*, No. 28165 (1975); *Clovis Carl Green, Jr. v. Captain Manness, et al.*, No. 28175 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28176 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28177 (1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28248 (1976); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28249 (1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 28503 (1976); *Clovis Carl Green, Jr. v. Edward Haynes, et al.*, No. 28533 (1976); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden*, No. 28567 (1976); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 28677 (1976); *Clovis Carl Green, Jr. v. Director, Division of Corrections*, No. 28710 (1976); *Clovis Carl Green, Jr. v. Department of Probation and Parole*, No. 29133 (1977); *Clovis Carl Green, Jr. v. Department of Probation and Parole and Director, Division of Corrections*, No. 30184 (1978); *Clovis Carl Green, et al. v. Donald W. Wyrick*, No. 30214 (1978); *Clovis Carl Green, Jr., et al. v. Director, Division of Corrections, et al.*, No. 30270 (1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 30292 (1978); *Clovis Carl Green, Jr. v. Governor, et al.*, No. 30661 (1978); *Clovis Carl Green, Jr. v. Board of*

*Probation and Parole*, No. 30665 (1978); *Clovis Carl Green, Jr. v. Board of Probation and Parole*, No. 30663 (1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 30665 (1978); *Clovis Carl Green, et al. v. Director, Division of Corrections, et al.*, No. 30685 (1978); *Clovis Carl Green, Jr. v. Director, Division of Corrections*, No. 30614 (1978); *Clovis Carl Green, Jr. v. Board of Probation and Parole*, No. 30615 (1978); *Clovis Carl Green, Jr. v. Director, Division of Corrections*, No. 30634 (1978); *Clovis Carl Green, Jr. v. Director, Division of Corrections, et al.*, No. 30894 (1978); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole, et al.*, CV179–133cc (1979); *Clovis Carl Green, Jr. v. Donald Jenkins, et al.*, No. CV179–515cc (1979); *Clovis Carl Green, Jr. v. Don Smith, et al.*, No. CV179–537cc (1979).

From the Circuit Court of Greene County, Missouri: *Clovis Carl Green, Jr. v. Dr. P. J. Ciccone*, No. 76248–4 (1976).

From the Circuit Court of Jackson County, Missouri: *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 75–2852 (1975); *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 76–0747 (1976); *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 78–2295 (1978); *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 78–2360 (1978); *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 78–2510 (1978); and *Clovis Carl Green, Jr. v. State of Missouri*, No. CV 78–2824 (1978); *Clovis Carl Green, Jr. v. State of Missouri* CV 790865 (1979).

From the Missouri Court of Appeals, Kansas City District (now Western District): *Clovis Carl Green, Jr. v. State of Missouri*, No. KCD 27852 (Mo.App.1975); *Clovis Carl Green, Jr. v. State of Missouri*, No. KCD 27911 (Mo.App.1975); *Clovis Carl Green, Jr. v. State of Missouri*, No. KCD 27933 (Mo.App.1975); *Clovis Carl Green, Jr. v. Robert Frazer*, No. KCD 28130 (Mo.App. 1975); *Clovis Carl Green, Jr. v. Hon. Keith Bondurant*, No. KCD 28263 (Mo.App.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley*, No. KCD 28304 (Mo.App.1975); *Clovis Carl Green, Jr. v. Donald Wyrick, et al.*, No. KCD 28305 (Mo.App.1975); *Clovis Carl Green, Jr. v. Hon. James T. Moore*, No. KCD 28353 (Mo.App.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley*, No. KCD 20380 (Mo.App.1975); *Clovis Carl Green, Jr. v. James T. Riley*, No. KCD 28381 (Mo.App. 1975); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. KCD 28385 (Mo.App.1975); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. KCD 28395 (Mo.App.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley*, No. KCD 28432 (Mo.App.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley*, No. KCD 28452 (Mo.App.1976); *Clovis Carl Green, Jr. v. Hon. James T. Riley*, No. KCD 28541 (Mo. App.1976); *Clovis Carl Green, Jr. v. State of Missouri*, No. KCD 28570 (Mo.App.1976); *Clovis Carl Green, Jr. v. Hon. James A. Moore*, No. KCD 28685 (Mo.App.1976); *Clovis Carl Green, Jr. v. Hon. James A. Riley*, No. KCD 28713 (Mo.App.1976); *Clovis Carl Green, Jr. v. Judge Riley*, No. KCD 30604 (Mo.App.1976); *Clovis Carl Green, Jr. v. Henry R. Bratkowski*, No. 028769 (Mo.App. 1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole*, No. 028771 (Mo.App.1976); *Clovis Carl Green, Jr. v. Edward Haynes*, No. 028770 (Mo.App.1976); *In Re Clovis Carl Green, Jr. v. Donald Wyrick*, No. 028854 (Mo.App.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 028949 (Mo.App.1976); *Clovis Carl Green, Jr. v. Donald Wyrick*, No. 029110 (Mo.App.1976); *Clovis Carl Green, Jr., et al. v. Donald W. Wyrick*, No. 30180 (Mo.App.1978); *Clovis Carl Green, Jr. v. Circuit Court of Jackson County, Missouri*, No. 30359 (Mo.App.1978); *Clovis Carl Green, Jr. v. Honorable Byron Kinder and Hon. James T. Riley*, No. 30360 (Mo.App.1978); *Clovis Carl Green, Jr. v. Missouri Board of Probation & Parole*, No. 30365 (Mo.App.1978); *Clovis Carl Green, Jr. v. Division of Corrections and Donald Wyrick*, No. 30373 (Mo.App.1978); *Clovis Carl Green, Jr. v. State of Missouri and Donald Wyrick*, No. 30374 (Mo.App.1978); *Clovis Carl Green, Jr. v. State of Missouri*, No. 30436 (Mo.App.1978); *Clovis Carl Green, Jr. v. State of Missouri*, No. 30454 (Mo.App. 1978); *Clovis Carl Green, Jr. v. State of Missouri*, No. 30464 (Mo.App.1978); *Clovis Carl Green, Jr. v. Donald W. Wyrick*, No. 30474 (Mo.App.1978); and *Clovis Carl*

*Green, Jr. v. Cole County Circuit Court,* No. 30520 (Mo.App.1978); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* No. 30782 (Mo.App.1979); *Clovis Carl Green, Jr. v. Circuit Court of Jackson County, Missouri,* No. 30813 (Mo.App.1979); *Clovis Carl Green, Jr. v. Judge Riley,* No. 30604 (Mo.App.1979); and *Clovis Carl Green, Jr. v. Judge Riley,* No. 30658 (Mo.App.1979).

From the Missouri Supreme Court: *Clovis Carl Green, Jr. v. State of Missouri,* No. 59007 (Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri,* No. 59018 (Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri,* No. 59055 (Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri, et al.,* No. 59130 (Mo. 1975); *Clovis Carl Green, Jr. v. State of Missouri,* No. 59207 (Mo.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley,* No. 59264 (Mo.1975); *Clovis Carl Green, Jr., on behalf of Linda Smothers, et al. v. Hon. James T. Riley,* No. 59265 (Mo.1975); *Clovis Carl Green, Jr. v. Hon. James T. Riley,* No. 59309 (Mo.1975); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden,* No. 59315 (Mo.1975); *Clovis Carl Green, Jr. v. State of Missouri,* No. 59340 (Mo.1975); *Clovis Carl Green, Jr. v. Edward Haynes,* No. 59432 (Mo.1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* No. 59433 (Mo.1976); *Clovis Carl Green, Jr. v. Hon. James T. Moore,* No. 59522 (Mo.1976); *Clovis Carl Green, Jr. v. Dr. Henry R. Bratkowski,* No. 59558 (Mo.1976); *Clovis Carl Green, Jr. v. Edward Haynes,* No. 59559 (Mo.1976); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* No. 59560 (Mo.1976); *Clovis Carl Green, Jr. v. State of Missouri, et al.,* No. 59600 (Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick, Warden,* No. 59681 (Mo.1976); *Clovis Carl Green, Jr. v. Donald Wyrick,* No. 59664 (Mo.1976); *Clovis Carl Green, Jr. v. Director, Division of Corrections,* No. 60743 (Mo.1978); *Clovis Carl Green, Jr. v. Donald R. Jenkins, et al.,* No. 60923 (Mo.1978); *Clovis Carl Green, Jr. v.* *State of Missouri, et al.,* No. 60924 (Mo. 1978); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* No. 60325 (Mo.1978); *Clovis Carl Green, Jr. v. Director, Missouri Division of Corrections,* No. 60938 (Mo.1978); *Clovis Carl Green, Jr. v. Circuit Court of Jackson County, Missouri,* No. 20945 (Mo.1978); *Clovis Carl Green, Jr. v. Circuit Court of Cole County, Missouri,* No. 61061 (Mo.1978); *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole,* No. 61276 (1979); and *Clovis Carl Green, Jr. v. Circuit Court of Jackson County,* No. 61305 (1979).

Since July 1, 1979, inmate Green has filed additional cases, including the instant case, bringing his total filings to over five hundred cases. This he has done in spite of being enjoined November 1, 1976, from being a writ writer for other inmates. Even the injunction has not deterred inmate Green. His deliberate violation of that injunction by his numerous legal activities for other inmates has twice resulted in his conviction for criminal contempt of Court. See, *In The Matter of the Alleged Contumacious Conduct of Clovis Carl Green, Jr.,* 586 F.2d 1247 (8th Cir. 1978) and *United States v. Clovis Carl Green, Jr.,* Criminal Action No. 79–04013–01–CR–W–4 (W.D.Mo. 1979).[3] In *Green v. Wyrick,* 428 F.Supp. 732 (W.D.Mo.1976) there is detailed a vignette of his writ writing activities demonstrating that such activities were not beneficial or productive to the other inmates. It was found that he simply used alleged complaints of other inmates and their names to advocate his own contentions and interests to the detriment of the other inmates. He was totally ineffective and unsuccessful in such representations. And finally inmate Green was declared to have "a continuing history of engaging in gross abuse of the judicial process which is impeding the ability of the Judiciary to carry out its proper functions."[4] See *Green v. Wyrick,* 428 F.Supp. 732 (W.D.Mo.1976).

---

**3.** These five hundred plus cases do *not* include any of the uncounted hundreds of cases inmate Green has filed under the name of or ostensibly on behalf of other inmates. While he is enjoined from writ writing in the Western District of Missouri, he continues to engage in writ writing in other jurisdictions.

**4.** It was there noted that this same type of willful abuse of the judicial process had also

Inmate Green has not been content with the filing of hundreds of frivolous and malicious actions. In 1976 in *Green v. Wyrick* (W.D.Mo.) 428 F.Supp. 732 at 736 it was noted: "First, despite the experience of having filed 'hundreds' of lawsuits, petitioner consistently and deliberately has failed to follow the proper procedures and rules for filing actions in this Court. Contrary to local rules requiring inmates to submit petitions on court-approved and court-provided forms, and Rule 8(a), Federal Rules of Civil Procedure, requiring a short and plain statement of the claim, petitioner continues to submit voluminous pro se pleadings containing conclusionary statements and long-winded recitations of irrelevant facts and allegations . . . Petitioner (has) the habit of sending ex parte motions and letters to the Court, without serving opposing counsel with a copy . . . Petitioner's pleadings frequently contain offensive, impertinent, and irrelevant comments, the nature of which twice has caused the Court to strike petitioner's pleadings as 'vile and scandalous'. Petitioner regularly ignores, refuses to answer or makes 'irrelevant' answers in response to questions or court provided forms concerning his financial status or previous history of litigation. . . . Petitioner frequently repeats allegations in several lawsuits and requests relief (therefor) in separate suits . . . ." Inmate Green continues these activities. His pleadings continue to be of such a nature as to make it unreasonably difficult, if not impossible, to process his case in an orderly fashion. Because of his long history of engaging in such tactics after repeated warnings by the Court, it is clear that he persists for the intentional purpose of making it difficult and time consuming to the Magistrate and to the Court to process his litigation.

As stated by the Magistrate in his present Report and Recommendation, "Aside from the sheer quantity of plaintiff's litigation, the quality of his claims also demonstrate the maliciousness of the legal actions which he has initiated against prison officials, court personnel and judicial officers. For example, in the cases styled *Clovis Carl Green, Jr. v. Donald Wyrick, et al.*, Civil Action No. 77–4315 CV–C (W.D. Mo.), and *Clovis Carl Green, Jr. v. Missouri Board of Probation and Parole, et al.*, Civil Action No. 77–4306 CV–C (W.D.Mo.), plaintiff alleged that prison disciplinary actions had been and were continuing to be, initiated against him by prison officials, resulting in his confinement in segregated units in retaliation for his legal activities and for his attempts to proselytize on behalf of his newly-founded 'religion'. After a full three-day evidentiary hearing, at which petitioner was represented by able counsel, appointed by the Court, it was clearly evident that 'in each instance of disciplinary action shown . . ., petitioner [had] not been disciplined for his legal activities, but rather for clear violations of prison rules and regulations.' *Id.* (Unpublished Report and Recommendation of May 10, 1978). And a later evidentiary hearing set in those cases, the purpose of which was to adjudicate plaintiff's 'religious' claims, was aborted by his dismissal of those actions. Another evidentiary hearing, set in the cause styled *Clovis Carl Green, Jr. v. Donald Wyrick*, Civil Action No. 78–4216 CV–C (W.D. Mo.), to determine his claim that other inmates and prison supervisory personnel had

been carried out in the state courts. One Missouri State Court characterized inmate Green's activities as "a calculated abuse of process of the same or similar nature as that condemned by the federal district Court." *Clovis Carl Green, Jr. v. State of Missouri*, Civil Action No. 78 2824, Mo.Cir.Ct., 16th Jud. District, 8/25/78, unpublished opinion. The Eighth Circuit Court of Appeals was in agreement as to inmate Green's litigation activities, see, *Green v. Wyrick*, Misc. No. 76–8096 (8th Cir., June 3, 1976) and *Green v. Garrott*, Misc. No. 76–8184 (8th Cir., Nov. 2, 1976). And, see, *Green v. Garrott*,

76 CV 100–C (E.D.Mo., August 25, 1976) in which Judge Wangelin entered an injunctive order against inmate Green, declaring: "As of this date Clovis Carl Green, Jr., has filed in excess of 200 lawsuits. All of these lawsuits have been frivolous . . . .". In *Green v. Haynes*, 76 CV 102–C (W.D.Mo.1976) Magistrate Stewart wrote, petitioner's repeated "filing of impertinent allegations constitutes an imminent threat to the administration of justice in this district, when judicial time and effort must be taken to evaluate them."

physically abused him, was again dismissed by plaintiff on the morning of trial. And another evidentiary hearing, held on May 29, 1979, in the cause styled *Clovis Carl Green v. Missouri Board of Probation and Parole, et al.*, Civil Action No. 77–4306 CV–C (W.D.Mo.), upon his claim that prison officials had breached their settlement agreement by not allowing him to conduct 'church' meeting on Saturdays resulted in a judicial finding that his claim had absolutely no factual basis. Accordingly, his motion to 'reopen' the issues in that cause was denied. Thus, it is clear that, in virtually every instance in which plaintiff's claims have appeared colorably valid on the face of his pleadings, an evidentiary probing of those claims has revealed total insubstantiality". See, *Green v. Wyrick*, 428 F.Supp. 732, *et al.*, Civil Action No. 76 CV 100–C (E.D.Mo.1976).

" '[N]o one, rich or poor, is entitled to abuse the judicial process.' *Hardwick v. Brinson*, 523 F.2d 798, 800 (5th Cir. 1975); *Ex parte Tyler*, 70 F.R.D. 456 (W.D.Mo. 1976). Accordingly, in light of plaintiff's history in this, and other courts, of initiating frivolous and malicious litigation against prison authorities, parole officials, court personnel, judicial officers, and other governmental officers, and his demonstrated abuse of the judicial process at public expense, involving extreme costs in terms of time and expense [5] on the part of state and federal judicial and executive personnel, and the public as a whole, this action should be characterized as 'malicious' and should be dismissed for that reason alone."

Additionally illustrative of inmate Green's intent to "swamp" the Court with frivolous actions are the following excerpts from some of his pleadings and letters: From inmate Green's July 23, 1979, Motion for a Jury Trial in the instant case, "Now the Prisoners' Law Collective has been formed under the sponsorship of the Human Awareness Universal Life Church.[6] The goal and aim of the P. L. C. . . . is to encourage inmates to file many court suits against the prison, parole board and State. This plaintiff (Green) will assist the inmates in the state courts, and other 'jail house attorneys' will prepare the court suits in this Western District of Missouri. Hopefully, the number of court suits will double in the next six months, then double again in the following six months. If possible, we would like to have 4 or 5 times as many court actions filed in the next years as has been filed in the past! At the present time, without the legal aid of this plaintiff, more than 100 inmate church members are preparing civil rights court suits to be filed in this Court very soon—and then each one will continue filing more court suits very often . . . ."

Within the past several weeks in a "letter" to the Clerk of this Court inmate Green stated, "I would like to ask your office to mail 3 sets of court forms for civil rights complaints to each of the 77 inmates" (named). * * * "The reason that these inmates would need 3 sets of court forms is that each inmate plans to prepare and then submit 3 civil rights complaints to this court for the violation of their constitutional rights by prison officers. The Council of Elders has decided that it is the duty of each inmate member of this Church to start filing civil rights complaints individually, and/or class actions, to bring judicial attack of the prison officials' violation of the constitutional rights of inmates." * * * "Each inmate plans to file about 3 separate civil rights complaints upon receipt of the court forms, and then file additional civil rights suits each month . . . ."

Inmate Green has not been content to personally and through "church" action advance his desire to prevent the federal court

---

[5]. The litigious activities of petitioner "have cost the government, in a conservative estimate, thousands of dollars . . .". *Clovis Carl Green, Jr. v. United States of America, et al.*, Civil Action No. 76 CV 100–C (W.D.Mo. 1976), (unpublished opinion of Judge Wangelin).

[6]. Inmate Green is the so-called founder of this "Church", and claims to be the only one who can speak for it or prepare its litigation. According to him, no one of its "members" can file any litigation without his consent. Other correspondence and pleadings of inmate Green make it clear that he is the "church".

from being able to process its docket but has resorted to intimidation tactics as a part of that plan. In early May, 1979, the Court received a threatening letter from a source styling itself "American Revolutionary Army". The letter threatened that women, children and many others would be killed if certain things were not done immediately by the Judges of this Court, including the giving of a pardon or parole to every state prisoner who has less than five years to serve on his sentence and a paid chaplain for Clovis Green's "church". Shortly, thereafter, inmate Green wrote three letters to the United States District Court, obviously on Green's claim of denial of access to the courts, stating, "They (certain inmates about to leave prison) feel the most effective method is by assassination and terrorism—bombing of public places, resulting in mass murder. I suggest you begin obeying the law and stop this illegal actions, or many deaths may occur. Sincerely, Clovis Carl Green, Jr." In another letter to the Clerk of this Court inmate Green stated, "Dear Sir, please do not ever return any motions to me in the future, because I will continue to mail them back to you every time. Please keep in mind if you return any documents you are denying access to the courts. Some friends of mine tell me that if this court continues to deny my access to the courts, upon their release from prison, they will use terrorism (mass murder by public bombing) to redress our grievances if the court refuses to allow access. So please do not return any documents or the lives of many people may be on your conscience. Sincerely, Clovis Carl Green, Jr." The third document, filed on May 15, 1979, in a motion titled "Motion for Trial" in *Green v. State of Missouri*, No. 79–4378 CV–C, stated in part: "The plaintiff [Green] submits that the dismissal of this cause will deny access to courts for redress of grievances. * * * The plaintiff [Green] has been told by other revolutionary extremist inmates (who believe in mass murder by public bombings to redress grievances) that in the event that this court rules to deny this case and thereby state that the court will not protect the constitu-

tional rights of the plaintiff [Green] and other inmates, then the only effective method to protect the rights of prisoners is by mass murder of a large number of men, women and children by terrorist bombing in public places. Therefore, if this Court decides to rule—in effect—that this Court will not obey the law and protect the rights of prisoners, then the lives of large numbers of citizens will be on the conscience of this Court. Sincerely, Clovis Carl Green, Jr." Clearly, inmate Green has added illegal threats to his arsenal.

All of the above is reflective of but some of the nearly innumerable acts of inmate Green deliberately designed to totally frustrate the judicial process and to obtain his release from the State Penitentiary. Literally scores of other such acts of similar design could be added to this opinion but the above should suffice to make it clear that inmate Green not only has but continues to take almost daily actions intended to so abuse the judicial process as to make it impossible for the United States District Court, Western District of Missouri, to process its docket. As earlier indicated, inmate Green's activities have not been limited to this Court. Other courts, including the Eighth Circuit Court of Appeals and the United States Supreme Court, also have come within his orbit.

The Magistrate's Report and Recommendation that leave to proceed in forma pauperis be withdrawn and that this cause be dismissed as frivolous and malicious under the provisions of 28 U.S.C. § 1915 are approved. Leave to proceed in forma pauperis is withdrawn, and this cause is hereby dismissed with prejudice.

As stated in earlier opinions of this Court, unless the Courts of this nation are to be deemed to be powerless to stop such a flagrant abuse of the judicial process, one man will be able to preempt so much judicial time at the trial and appellate levels as to thwart the very ability of the judicial system to carry out its necessary judicial function of properly processing its criminal and civil docket of cases filed by other litigants who may have meritorious matters.

Congress has authorized the federal courts to dismiss an action which presents issues which are insubstantial, either legally or factually. *Jones v. Ault*, 67 F.R.D. 124, 127 (S.D.Ga.1973), affirmed 516 F.2d 898 (5th Cir. 1975); *Boston v. Stanton*, 450 F.Supp. 1049 (W.D.Mo.1978). And, in 28 U.S.C. § 1915(d) Congress has authorized the Courts to dismiss a prospective action whenever it is satisfied, in its discretion, that the proposed action is "frivolous or malicious." [7] See, *O'Connell v. Mason*, 132 F. 245, 247 (1st Cir. 1946); *Duhart v. Carlson*, 469 F.2d 471, 478 (10th Cir. 1972) cert. den. 410 U.S. 958, 93 S.Ct. 1431, 35 L.Ed.2d 692 (1973); Note, Petitioner to Sue In Forma Pauperis: Standards and Procedures for the Exercise of Judicial Discretion, 56 Boston L.Rev. 745, 746.

The Magistrate is directed that until further order of Court, in all pending actions and in all future actions filed by inmate Green in the United States District Court, Western District of Missouri, which are or may be referred to the Magistrate, the Magistrate is first to address the question as to whether or not the action appears to be in furtherance of inmate Green's bad faith efforts to deluge this Court with frivolous or malicious proceedings contrary to 28 U.S.C. § 1915, and, if so, without endeavoring to address the merits of any of the contentions, to recommend to the District Court that the cause be dismissed as either frivolous or malicious or both under the provisions of 28 U.S.C. § 1915.

IT IS SO ORDERED.

---

7. Where warranted contempt and criminal action for obstruction of justice may be available. 18 U.S.C. § 1503.